IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE HARBIN**   **PLAINTIFF**

v.   No: 3:19-cv-00297 JM

**BOWERS,** *et al.*   **DEFENDANTS**

## ORDER

Plaintiff Donnie Harbin filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 30, 2019 (Doc. No. 1). On October 31, 2019, the Court entered an order directing Harbin to submit the full $400.00 filing and administrative fees or file a fully completed and signed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Harbin was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Harbin has not complied or otherwise responded to the October 31 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Harbin's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE