IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE HARBIN**                                                                                    **PLAINTIFF**

**v.**                                    **No: 3:19-cv-00297 JM**

**BOWERS,** *et al.*                                                                    **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE